IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

WANDA ROGERS                                                                                            PLAINTIFF

V.                                                                          CAUSE NO. 1:09-CV-00096-SA-JAD

O'CHARLEY'S, INC.                                                                                      DEFENDANT

ORDER ON MOTION TO STRIKE
AND MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1)     Defendant's Motion to Strike the Affidavit of Kimberly Williams [34] is GRANTED IN PART and DENIED IN PART; and

(2)     Defendant's Motion for Summary Judgment [28] is DENIED.

SO ORDERED, this the 14th day of July, 2010.

                                                                    **/s/ Sharion Aycock**
                                                                    **UNITED STATES DISTRICT JUDGE**